Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.pukny@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Justin Hendrix (SBN 301057)
justin.hendrix@finnegan.com
Christopher B. McKinley (SBN 306087)
christopher.mckinley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff
FOX FACTORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FOX FACTORY, INC.,<br><br>                   Plaintiff,<br><br>           v.<br><br>SRAM, LLC and SANDLEFORD LIMITED,<br><br>                   Defendants. | CASE NO. 3:16-cv-03716-WHO<br><br>**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF PLAINTIFF FOX FACTORY, INC.'S MOTION FOR LEAVE TO AMEND ITS DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br>Date:            February 7, 2018<br>Time:           2:00 p.m.<br>Courtroom:   2, 17th Floor<br>Judge           Hon. William H. Orrick |

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am an associate with Finnegan, Henderson, Farabow, Garrett & Dunner LLP, counsel for Plaintiff FOX Factory, Inc. in the above-entitled action. I submit this declaration in support of Plaintiff FOX Factory, Inc.'s Motion to Amend its Disclosure of Asserted Claims and Infringement Contentions. The matters stated herein are based upon my personal knowledge, and, if called as a witness, I would testify as to the following statements.

**IDENTIFICATION OF EXHIBITS**

1. Attached hereto as **Exhibit A** is a true and correct copy of the cover pleading of Plaintiff FOX Factory's proposed Third Amended Disclosure of Asserted Claims and Infringement Contentions served on counsel for SRAM on December 20, 2017.

2. Attached hereto as **Exhibit B** is a true and correct copy of a redline comparison showing the differences between Exhibit A and Plaintiff FOX Factory's Second Amended Disclosure of Asserted Claims and Infringement Contentions, dated September 11, 2017.

3. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of Plaintiff FOX Factory's Second Set of Interrogatories to Defendant SRAM, LLC (Nos. 2-8), served on December 20, 2017.

4. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of SRAM, LLC's Objections and Answers to Plaintiff FOX Factory's Second set of Interrogatories (Nos. 2-8), served on January 18, 2017.

**RELEVANT FACTS CITED IN FOX'S MOTION TO AMEND**

5. FOX served its first Infringement Contentions in this action on October 26, 2016 in accordance with the case schedule and the Patent Local Rules.

6. On December 13, 2017, SRAM produced in discovery an email demonstrating that its previous verified response to Interrogatory No. 3, denying pre-suit knowledge, was incorrect. SRAM designated the subject email HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the operative protective order in this case and would not agree with FOX Factory's proposed high-level description of the email to be included this motion.

7. On December 20, 2017, I sent counsel for SRAM Plaintiff FOX Factory's proposed Third Amended Disclosure of Asserted Claims and Infringement Contentions (clean and redlined copies, Exs. A and B hereto). On that same date, and again on December 28, 2017, I asked if SRAM would or would not oppose a motion to amend the Infringement Contentions as provided in Exs. A and B, but SRAM has not answered the question as of this date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of January, 2018 at Palo Alto, California.

By:   */s/ Jeffrey D. Smyth*
Jeffrey D. Smyth
Attorneys for Plaintiff
FOX FACTORY, INC.